1  RICHARD A. BESHWATE, JR., SBN: 179782
   Attorney at Law
2  1330 L Street   Suite D
   Fresno CA 93721
3  (559) 266-5000

4  Attorney for Defendant

5  RODOLFO GARCIA-SAINZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **1:18-cr-00142-LJO-SKO** |
|---|---|
| Plaintiff, | |
| v. | <u>STIPULATION AND ORDER TO CONTINUE HEARING</u> |
| RODOLFO GARCIA-SAINZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD A. BESHWATE, JR. attorney for Defendant RODOLFO GARCIA-SAINZ, and KATHLEEN SERVATIUS Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for October 28, 2019, at 11:30 a.m., shall be continued until DECEMBER 9, 2019, at 11:30 a.m.

This continuance is necessary due to defendant's counsel being in a homicide trial which has not allowed him to schedule a meeting with probation for the preparation of their report.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: October 15, 2019    Respectfully submitted,

/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
RODOLFO GARCIA-SAINZ

Dated:  October 15, 2019    Respectfully submitted,

/s/ KATHLEEN SERVATIUS
KATHLEEN SERVATIUS
Assistant U.S. Attorney

## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for October 28, 2019, at 11:30 a.m., is continued until DECEMBER 9, 2019, at 11:30 a.m.

IT IS SO ORDERED.

Dated:   **October 15, 2019**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE