1  RICHARD A. BESHWATE, JR.,  SBN: 179782
   Attorney at Law
2  1330 L Street   Suite D
   Fresno CA 93721
3  (559) 266-5000

4
   Attorney for Defendant
5
   RODOLFO GARCIA-SAINZ
6

7
                    UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,            Case No. **1:18-cr-00142-LJO-SKO**

              Plaintiff,
12
        v.                             STIPULATION AND ORDER TO
13                                     CONTINUE HEARING

   RODOLFO GARCIA-SAINZ,
14
              Defendant.
15

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, RICHARD A. BESHWATE, JR. attorney for Defendant RODOLFO GARCIA-SAINZ,

19 and KATHLEEN SERVATIUS, Assistant U.S. Attorney for Plaintiff, that the hearing currently

20 scheduled for December 9, 2019, at 1:00 p.m., shall be continued until  JANUARY 21, 2020, at

21 1:00 p.m.

22      This continuance is necessary because defendant's counsel had been in a homicide trial

23 which delayed the scheduling of the meeting with probation for the preparation of their report.

        The parties stipulate that the time until the next hearing should be excluded from the
24
   calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are
25
   served by the court excluding such time, so that counsel for the defendant may have reasonable
26
   time necessary for effective preparation, taking into account the exercise of due diligence.  18
27
   U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served
28

                                       1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: November 22, 2019                    Respectfully submitted,


/s/ RICHARD A. BESHWATE, JR.
RICHARD A. BESHWATE, JR.
Attorney for Defendant,
RODOLFO GARCIA-SAINZ


Dated:  November 22, 2019                   Respectfully submitted,


/s/ KATHLEEN SERVATIUS
KATHLEEN SERVATIUS
Assistant U.S. Attorney


## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for December 9, 2019, at 1:00 p.m., is continued until   JANUARY 21, 2020, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **November 22, 2019**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE