RICHARD BESHWATE, SBN 179782
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
(559) 266-5000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO GARCIA-SAINZ,<br><br>Defendant. | Case No. 1:18-CR-00142 DJC<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RICHARD BESHWATE, JR, attorney for Defendant RODOLFO GARCIA-SAINZ and HADDY ABOUZEID, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for Thursday December 12, 2024, at 9:00 a.m. shall be continued until March 20, 2025, at 9:00 a.m.

　　The defense needs additional time to prepare for sentencing, and the parties agree to reset the deadlines for objections, sentencing memorandum, etc.. The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated:  December 5, 2024	Respectfully submitted,


\s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
RODOLFO GARCIA-SAINZ


Dated: December 5, 2024	Respectfully submitted,


\s\Haddy Abouzeid
Haddy Abouzeid
Assistant U.S. Attorney


**ORDER**

The sentencing hearing as to the above-named defendant currently scheduled for December 12, 2024, at 9:00 a.m., is continued until March 20, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 9, 2024	/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE