1  RICHARD BESHWATE, SBN 179782
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  (559) 266-5000

4

5

6                       UNITED STATES DISTRICT COURT
7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           Case No. 1:18-CR-00142 DJC

10          Plaintiff,                 STIPULATION AND ORDER TO CONTINUE
                                       SENTENCING HEARING
11     v.

12 RODOLFO GARCIA-SAINZ,

13          Defendant.

14

15     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

16 counsel, RICHARD A. BESHWATE, JR, attorney for Defendant RODOLFO GARCIA-SAINZ and

17 HADDY ABOUZEID, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for

18 March 20, 2025, at 9:00 a.m. shall be continued until April 17, 2025, at 9:00 a.m. The defense needs

19 additional time for investigation related to sentencing and to complete the PSR process. The parties have

20 consulted with Probation Officer Steven Davis, and he does not object to continue this matter to April 17,

21 2025.

22     The parties further request that the Court adopt the following disclosure schedule:

23

24     Informal Objections: March 20, 2025

25     Final PSR: March 27, 2025

26     Formal Objections: April 3, 2025

27     Reply, or Statement of Non-Opposition: April 10, 2025.

28

Dated: February 28, 2025                                Respectfully submitted,

\s\ Richard A. Beshwate
RICHARD BESHWATE
Attorney for Defendant,
RODOLFO GARCIA-SAINZ


Dated: February 28, 2025                                Respectfully submitted,

\s\Haddy Abouzeid
Haddy Abouzeid
Assistant U.S. Attorney

## ORDER

The sentencing hearing as to the above-named defendant currently scheduled for March 20, 2025, at 9:00 a.m., is continued until April 17, 2025, at 9:00 a.m. The Court further adopts the requested disclosure schedule as set forth in the parties' stipulation in its entirety. The Court notes that by the time Defendant is scheduled to appear at the continued hearing date more than seven (7) months will have passed since his entry of guilty plea. As such the Court expects the parties to appear and to be prepared to proceed with judgment and sentencing on 4/17/2025 absent good cause, with compelling circumstances shown.

**IT IS SO ORDERED.**

Dated: March 3, 2025                                /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE