**RICHARD A. BESHWATE, JR. 179782**
ATTORNEY AT LAW
1330 L STREET, SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>RODULFO GARCIA-SAINZ,<br><br>         Defendant | Case No.:  1:18-CR-000142-DJC<br><br>**ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL** |

   I was appointed to represent Mr. GARCIA-SAINZ on or about June 12, 2018. In August of 2019, pursuant to a plea agreement, Mr. GARCIA-SAINZ entered a guilty plea.  On July 31, 2025.  Ms. GARCIA-SAINZ was sentenced by the Court. The time for the filing of an appeal ran on August 15, 2025 and no appeal was filed. Having completed his representation of Mr. GARCIA-SAINZ, CJA Attorney, Richard A. Beshwate, Jr. now moves to terminate his appointment under the Criminal Justice Act.

////

////

////

////

ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 1

Should Mr. GARCIA-SAINZ require further legal representation He may contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll free).  If appropriate, that office will arrange for appointment of counsel to represent him.

September 12, 2025                        /s/ Richard A. Beshwate, Jr.
                                          Richard A. Beshwate, Jr.
                                          Attorney for Mr. GARCIA-SAINZ

ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 2

**ORDER**

Since CJA counsel Richard A. Beshwate, Jr. has completed the services for which he was appointed the Court hereby grants counsel's motion to terminate his appointment as counsel for RODULFO GARCIA-SAINZ-SAINZ.

Mr. Beshwate shall serve a copy of this order on RODULFO GARCIA-SAINZ, 77426-097, via the Bureau of Prisons, once his location is known and shall file proof of such service immediately thereafter.

IT IS SO ORDERED.

September 15, 2025                    /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT OF COUNSEL - 3